# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Douglas Pharmaceuticals | 11/29/2022 | Wire | $ 367,082.28 |
| Akorn Operating Company, LLC | Douglas Pharmaceuticals | 1/5/2023 | Wire | $ 353,765.00 |
| Akorn Operating Company, LLC | Douglas Pharmaceuticals | 2/14/2023 | Wire | $ 307,640.97 |
| | | | | $ 1,028,488.25 |